JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHUHONG ZHAO,

                           Petitioner,

        v.

FERETI SEMAIA, *et al.*,

                         Respondents.

Case No. 5:26-cv-01418-FLA (DTB)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge as Modified and Granting Petitioner's Petition for Writ of Habeas Corpus, the court GRANTS the Petition for Writ of Habeas Corpus (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

IT IS SO ORDERED.

Dated: June 22, 2026



_____

FERNANDO L. AENLLE-ROCHA
United States District Judge